UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**FILED**
DEC 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** Ronnie Manns

**Defendants(s):** Illinois Dept of Children and Family Services
Lutheran Social Services

County of Residence: Winnebago
Plaintiff's Atty: Pro Se

County of Residence: Winnebago
Defendants Atty:

II. Basis of Jurisdiction:    U.S. Gov't Plaintiff

07 C 50244
/KAPALA

III. Citizenship of Principal Parties:
   Plaintiff: **Citizen of This State**
   Defendant: **IL corp or Principal place of Business in IL**

IV. Origin:    Original Proceeding

V. Nature of Suit:    440 Other Civil Rights

VI. Cause of Action:    Plaintiff was "indicated on an abuse/neglect complaint upon which IL DCFS petition to reinstate wardship over foster niece Katisha Moton. July 17, 2007, report was expunged and voluntarily unfounded. August 3, 2007, IL DCFS was notified that a decision had been reached by Plaintiff and minor that minor would be allowed to return to plaintiff's home. October 1, 2007, minor was returned home. November 18, 2007 plaintiff lost his residence through eviction and all minors were placed with family by plaintiff until new residence was established. December 1, 2007 new residence was established but Katisha is still being blocked from returning to the only real home that she has ever known. The four (4) minors were initially placed with plaintiff on or about March 3, 1997.

VII. Requested in Complaint
        This not a class action and It is requested that Katisha be returned home immediately as well as Defendant(s) be ordered to pay damages in the amount of Two Million Dollars ($2,000,000.00) US.

VIII. This case **IS NOT** a refilling of a previously dismissed case.

Signature: Ron U Manns
Date: Dec 19, 2007