APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS

NAME: RONNIE MANNS

STREET ADDRESS: 1210 28TH STREET

CITY/STATE/ZIP: ROCKFORD, IL 61108

PHONE NUMBER: 815-708-8172

CASE NUMBER: 07 C 50244
Kapala

_____          12-19-07
Signature                          Date

FILED
DEC 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT