UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 0 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN THE MATTER OF ) | |
| Ronnie Manns ) | |
| Plaintiff(s) ) | CASE NUMBER 07050244 |
| ) | |
| vs ) | |
| ) | |
| Illinois Dept of Children and Family Services ) | |
| Lutheran Social Services ) | |
| Defendants(s) ) | |

## MOTION FOR PRODUCTION OF DOCUMENTS AND LIST OF WITNESSES

NOW COMES Ronnie Manns (hereinafter "Plaintiff") and respectfully request that the above referenced defendants produce: (1) a list of witnesses he/she intends to call at trial and (2) copies of all documents that he/she intends to present at trial.

WHEREFORE, Plaintiff respectfully request that defendants produce (1) list of witnesses he/she intends to call at trial and (2) copies of all documents that he/she intends to present at trial.

Respectfully submitted,

/s/ Ronnie Manns

Ronnie Manns
Pro Se Litigant
1210 28th Street
Rockford, IL 61108
Phone: 815-708-8172