UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 0 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE MATTER OF**             )
*Ronnie Manns*                   )
Plaintiff(s)                     )  CASE NUMBER 07050244
                                 )
vs.                              )
                                 )
Illinois Dept of Children and Family Services  )
Lutheran Social Services         )
Defendants(s)                    )

## LIST OF WITNESSES AND DOCUMENTS

NOW COMES, Ronnie Manns (hereinafter "Plaintiff") and states as follows:

1. Plaintiff may introduce the following exhibits at trial:

   Order of Adjudication No 963A285-287-288 filed 8/22/96   Warrant # AF3309026
   Voucher # SKX17861                                        Warrant # AF3709963
   Notification of a Suspected Child Abuse/Neglect Document
   Petition to Reinstate Wardship                            Continuance Order # 96JA285
   Temporary Custody Order # 96JAZ85
   Investigation of Suspected Child Abuse or Neglect—Indicated Perpetrator
   Written Appeal Request                                    Dismissal Order
   August 3, 2007 letter to DCFS                             Family Service Plan 9/7/07
   CAYIT 9/18/07                                             Continuance Order 96JA285
   Placement/Payment Authorization Form

2. Plaintiff may call the following people to testify at the trial:

   Jennifer Zalucky        Gail B. Johnson
   Marti Jura              Donald P. Jonker
   Ronald Coleman          Lori Moreno
   Kathy Clayton           Jennifer Saporito
   Jeri Lundquist          Luqretia Charles

Respectfully submitted,

*/s/ Ron Manns*

Ronnie Manns
Pro Se Litigant
1210 28th Street
Rockford, IL 61108
Phone: 815-708-8172