UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 0 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE MATTER OF )
)
Ronnie Manns )
Plaintiff(s) ) CASE NUMBER 07050244
)
Vs. )
)
Illinois Dept of Children and Family Services )
Lutheran Social Services )
Defendants(s) )

## NOTICE OF FILING

Please take notice that on December 31, 2007, Ronnie Manns, pro se litigant, caused to be filed (via facsimile and US Mail) with the United States District Court, Northern District of Illinois, 211 South Court Street, Rockford, IL 61101 a List of Witness and Documents and Motion for Production of Documents and List of Witnesses.

*[signature]*

Ronnie Manns
Pro Se Litigant
1210 28th Street
Rockford, IL 61108
Phone: 815-708-8172

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above notice and attached pleadings were caused to personally delivered or deposited in the U.S. Mail, or transmitted via facsimile to the above party(ies) at the address(es) provided before 5:00pm on December 31, 2007.

*[signature]*