IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| Ronnie Manns, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Court No. 07 C 50244 |
| v. | ) | |
| | ) | Hon. Frederick J. Kapala |
| | ) | Judge Presiding |
| Illinois Department of Children and | ) | Magistrate Judge P. Michael Mahoney |
| Family Services, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF PRESENTMENT

TO:   Ronnie Manns
    1210 28th St.
    Rockford, IL 61108

   PLEASE TAKE NOTICE that the undersigned will bring the attached STATE DEFENDANT ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES MOTION TO DISMISS PLAINTIFF'S COMPLAINT for hearing before the Honorable Judge Mahoney, or whomever may be sitting in his stead, in Courtroom 206 at the United States Courthouse, 211 South Court Street, Rockford, Illinois, on the 15th day of February, 2008, at 1:30 p.m. or as soon thereafter as counsel may be heard.

|  |  |
|---|---|
|  | LISA MADIGAN |
| JAMES C. STEVENS | Illinois Attorney General |
| Assistant Attorney General |  |
| Child Welfare Litigation Bureau | By:  _s/James C. Stevens_____ |
| 100 West Randolph, Suite 11-200 | JAMES C. STEVENS |
| Chicago, IL 60601 | Assistant Attorney General |
| (312)814-6788 |  |