**CERTIFICATE OF SERVICE**

       I hereby certify that on January 31, 2008, I electronically filed STATE DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO DISMISS PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and I hereby certify that I have sent by U.S. Mail, postage prepaid, the document to the following non CM/ECF participants:

Ronnie Manns
1210 28th St.
Rockford, IL 61108

                                                         s/James C. Stevens, Jr.
                                                         James C. Stevens, Jr.  06191415
                                                         Assistant Attorney General
                                                         Attorney for State Defendants
                                                         Office of the IL Attorney General
                                                         100 W. Randolph St., Suite 11-200
                                                         Chicago, IL 60601
                                                         (312) 814-6788
                                                         Fax # (312) 814-6885
                                                         jim.stevens@illinois.gov