369.063613(232)					RMW/CHA/tgc

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| RONNIE MANNS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CV 50244 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Judge P. Michael Mahoney |
| CHILDREN AND FAMILY SERVICES, | ) | |
| and LUTHERAN SOCIAL SERVICES, | ) | |
|     Defendants. | ) | |

**NOTICE OF MOTION**

On **February 15**, 2008, at **1:30 p..m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge P. Michael Mahoney, or any judge sitting in his stead, in the Courtroom usually occupied by him in Room 206 at 211 S. Court Street, Rockford, Illinois and shall then and there present the **Defendant's, Lutheran Social Services, Motion for Enlargement of Time.**

/s/Richard M. Waris
Attorney Name, IL Bar No.   3128520
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
Rwaris@pretzel-stouffer.com
*Attorney for Lutheran Social Services*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that this Notice of Motion was filed electronically this 12th day of February, 2008.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, fax (with confirmation page attached hereto), hand delivery and/or mail (as indicated below).  Parties may access this filing through the Court's electronic system.

| | |
|---|---|
| Ronnie Manns<br>1210 28th Street<br>Rockford, Illinois 61108<br>**(Via Standard U.S. Mail)** | James C. Stevens, Jr.<br>Office of the Illinois Attorney General<br>100 West Randolph Street<br>Suite 11-20<br>Chicago, Illinois 60601<br>jim.stevens@illinois.gov |

              /s/Richard M. Waris
              Attorney Name, IL Bar No.  3128520
              PRETZEL & STOUFFER, CHARTERED
              One South Wacker Drive, Suite 2500
              Chicago, Illinois  60606
              (312) 346-1973 - Phone
              (312) 346-8242 - Fax
              Rwaris@pretzel-stouffer.com
              *Attorney for Lutheran Social Services*