# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 07 CV 50244

Ronnie Manns v. Illinois Department of Children and Family Services and Lutheran Social Services

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lutheran Social Services

| |
|---|
| NAME (Type or print) <br> Cynthia H. Alkhouja |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Cynthia H. Alkhouja |
| FIRM <br> Pretzel & Stouffer, Chartered |
| STREET ADDRESS <br> One South Wacker Drive |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6277035 | TELEPHONE NUMBER <br> (312) 346-1973 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐