UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Western Division

Ronnie Manns
                                   Plaintiff,

v.                                                       Case No.: 3:07−cv−50244

                                                         Honorable Frederick J. Kapala

Illinois Department of Children and Family Services, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 15, 2008:

      MINUTE entry before Judge P. Michael Mahoney : Status hearing held on 2/15/2008. Defendant's Motion for extension of time to answer [15] is granted. Defendant's Motion to dismiss [10] is taken under advisement. Set deadlines as to motion to dismiss[10] : Response due 2/29/08. Reply due 3/12/08. If a party is not going to file a response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing. Response to complaint due by 3/7/2008. Status hearing set for 3/7/2008 at 01:30 PM. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.