369.063613(232)            RMW/CHA/tgc

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| RONNIE MANNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 CV 50244 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CHILDREN AND FAMILY SERVICES, ) | |
| and LUTHERAN SOCIAL SERVICES, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT LUTHERAN SOCIAL SERVICES' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, Lutheran Social Services of Illinois, a nonprofit social services agency, by its attorneys, Richard M. Waris and Cynthia H. Alkhouja of Pretzel & Stouffer, Chartered, and in support of its motion to dismiss the plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), submits the attached memorandum of law and states as follows:

1. Plaintiff's claims against Defendant Lutheran Social Services ("LSS") must be dismissed because both the Issue Preclusion doctrine and the *Rooker-Feldman* doctrine apply to bar Plaintiff's action.

2. Plaintiff's claims against Defendant Lutheran Social Services ("LSS") must also be dismissed because social services agencies, such as LSS, are granted immunity from civil liability pursuant to the Illinois Mental Health and Developmental Disabilities Act, 740 ILCS 110/11, for disclosures made in good faith.

3. Finally, plaintiff admits that Katisha M. was placed back with plaintiff on or about

December 21, 2007, and admits that he does not seek any injunctive relief. Plaintiff asserts no basis for an award of monetary relief. Therefore, Plaintiff's complaint should be dismissed.

WHEREFORE, for the foregoing reasons and for the reasons set forth in Defendant's memorandum of law in support of its motion to dismiss and supporting Exhibits, Lutheran Social Services of Illinois respectfully requests that this honorable Court grant its motion to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

                          Respectfully submitted,
                          PRETZEL & STOUFFER, CHARTERED


                          By: __/s/ Cynthia H. Alkhouja__


Richard M. Waris ARDC# 03128520
Cynthia H. Alkhouja ARDC# 6277035
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
(312) 578-7735
calkhouja@pretzel-stouffer.com

*N:\wpdata\RWaris\63613-Lutheran Social Services\Pleadings\MTD - short motion.wpd*

369.063613(232)　　　　　　　　　　RMW/CHA/cjs

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| RONNIE MANNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 CV 50244 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CHILDREN AND FAMILY SERVICES, ) | |
| and LUTHERAN SOCIAL SERVICES, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this Motion to Dismiss Plaintiff's Complaint and Memorandum of Law were filed electronically this 7th day of March, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and/or mail (as indicated below). Parties may access this filing through the Court's electronic system.

Ronnie Manns
1210 28th Street
Rockford, Illinois 61108
**(Via Standard U.S. Mail)**

James C. Stevens, Jr.
Office of the Illinois Attorney General
100 West Randolph Street
Suite 11-20
Chicago, Illinois 60601
jim.stevens@illinois.gov

/s/Cynthia H. Alkhouja
Attorney Name, IL Bar No. 6277035
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
calkhouja@pretzel-stouffer.com
*Attorney for Lutheran Social Services*