**CERTIFICATE OF SERVICE**

       I hereby certify that on March 12, 2008, I electronically filed STATE DEFENDANT'S REPLY MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO DISMISS PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and I hereby certify that I have sent by U.S. Mail, postage prepaid, the document to the following non CM/ECF participants:

Ronnie Manns
1210 28th St.
Rockford, IL 61108

                                                      s/James C. Stevens, Jr.
                                                      James C. Stevens, Jr.  06191415
                                                      Assistant Attorney General
                                                      Attorney for State Defendants
                                                      Office of the IL Attorney General
                                                      100 W. Randolph St., Suite 11-200
                                                      Chicago, IL 60601
                                                      (312) 814-6788
                                                      Fax # (312) 814-6885
                                                      jim.stevens@illinois.gov