UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED
MAR 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RONNIE MANNS
    Plaintiff

vs                        Case No: 07 C 50244

ILLINOIS DEPARTMENT OF
CHILDREN AND FAMILY
SERVICES
LUTHERAN SOCIAL SERVICES
    Defendants

## NON DISCLOSURE

NOW COMES the Plaintiff, Ronnie Manns and states as follows:

Plaintiff is not in possession of defendant Lutheran Social Services' motion to dismiss and therefore can not respond or reply to said motion.

Respectfully submitted

*/s/ Ronnie Manns*
RONNIE MANNS
Pro Se