# United States District Court
## Northern District of Illinois
### Western Division

Ronnie Manns                            **JUDGMENT IN A CIVIL CASE**

           v.                                        Case Number: 07 C 50244

Illinois Department of Children and
Family Services, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motions to dismiss are granted. This case is dismissed in its entirety. All other pending motions are denied as moot. This case is closed.

                                                         Michael W. Dobbins, Clerk of Court

Date: 8/4/2008                                _____
                                                 /s/ Susan Wessman, Deputy Clerk